**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JAMES WILLIAMS**                                                                     **PLAINTIFF**

**v.**                                                                                         **No. 4:26-cv-74-RP**

**MARC McCLURE, et al.**                                                          **RESPONDENTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause.  On May 26, 2026, the court entered an order denying Williams' motion to proceed *in forma pauperis* and requiring Plaintiff to pay the filing fee of $405.00 within twenty-one (21) days of the order. Doc. [5].  The court cautioned the plaintiff that failure to comply with the order could result in the dismissal of this case without prejudice.  Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance has passed.  This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

        **SO ORDERED**, this, the 30th day of June, 2026.


                                                        /s/ Roy Percy
                                                        **U.S. District Judge**